**2008–0147. State ex rel. Coughlin v. Summit Cty. Bd. of Elections.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus/prohibition involving an expedited election matter. Upon consideration of relators' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MISCELLANEOUS ORDERS

**2007–1818. In re Application of Creighton**
It is ordered by the court, sua sponte, that Exhibit 8, contained in the record of the proceedings before the Board of Commissioners on Character and Fitness, shall be maintained permanently under seal.